UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 16CR2189-GPC |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | ) ) | |
| FREDERICO AVALOS-VILLASENOR (2), | ) ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case is dismissed without prejudice, and the Arrest Warrant is recalled.

IT IS SO ORDERED.

Dated: September 21, 2020

Hon. Gonzalo P. Curiel
United States District Judge